UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-10104 NMG<br><br>**XL SPECIALTY INSURANCE COMPANY'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff XL Specialty Insurance Company ("XL Specialty") certify as follows:

XL Specialty is a Delaware corporation and a wholly owned subsidiary of XL Reinsurance America, Inc. (a New York corporation), which, in turn, is a wholly owned subsidiary of XL America, Inc. (a Delaware corporation), which, in turn, is a wholly owned subsidiary of XL Insurance (Bermuda) Ltd. (a Bermuda corporation), which, in turn, is 100% owned by XL Capital Ltd., which is organized under the laws of the Cayman Islands.

Dated: January 14, 2005

Respectfully submitted,

**XL SPECIALTY INSURANCE COMPANY**

By: _____

Deborah L. Thaxter (BBO # 495520)
Gregory P. Deschenes (BBO # 550830)
Michael L. Cornell (BBO # 651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000 (phone)
(617) 345-1300 (facsimile)

Of Counsel:

Daniel J. Standish
David H. Topol
Gary P. Seligman
WILEY REIN & FIELDING LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000 (phone)
(202) 719-7049 (facsimile)