UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | No. 05-CV-10104-NMG |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, Richard J. Rosensweig, a member of the bar of the United States District Court for the District of Massachusetts who has entered an appearance on behalf of the defendant, Carl Redfield in this action, hereby moves that James A. Beha II be admitted to appear and practice in this Court in this particular case as counsel to defendant, Carl Redfield. As set forth in the accompanying Affidavit, Mr. Beha is a member in good standing of the bars of the highest court of the State of New York, the United States District Courts for the Eastern and Southern Districts of New York, and the United States District Court for the Northern District of Illinois. He has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and is familiar with the Local Rules for the United States District Court

for the District of Massachusetts. He has also submitted, with his Affidavit, a Certificate that he is in good standing with the bar of the highest court of the State of New York.

WHEREFORE, it is respectfully requested that Mr. Beha be admitted pro hac vice in this matter.

                        /s/
Thomas J. Sartory (BBO# 442500)
Richard J. Rosensweig (BBO# 639547)
**GOULSTON & STORRS**
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

*Attorneys for Defendant
Carl Redfield*

Dated: March 11, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | No. 05-CV-10104-NMG |

**AFFIDAVIT OF JAMES A. BEHA II, ESQ.
IN SUPPORT OF ADMISSION PRO HAC VICE**

I, James A. Beha II, Esq., hereby depose and state as follows:

1.      I am a partner in the litigation department of the firm of Winston & Strawn, LLP in New York City, New York, representing the defendant, Carl Redfield in this matter.

2.      I am admitted to practice in the Court of Appeals of the State of New York, which is that state's highest court (admissions are actually supervised by the Appellate Division, the intermediate appellate court, and my certificate therefrom is attached), and in the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Northern District of Illinois.

3. I am a member of the bar in good standing in those jurisdictions in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in those jurisdictions in which I have been admitted to practice.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to this 8th day of March 2005 under the pains and penalties of perjury:

_____
James A. Beha II, Esq.



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **James A. Beha II** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **25th** day of **February 1976** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **March 01, 2005**

*James Edward Pelzer*
Clerk