UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | No. 05-CV-10104-NMG |

## NOTICE OF APPEARANCE OF THOMAS J. SARTORY

TO THE CLERK:

Please enter the appearances of Thomas J. Sartory of Goulston & Storrs, P.C. as attorneys for the Defendant Carl Redfield in the above-entitled action.

Respectfully submitted,

CARL REDFIELD

By his attorney,

_____/s/_____
Thomas J. Sartory (BBO# 442500)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Date: March 11, 2005

-1-