UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-10104 NMG |

## PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff, XL Specialty Insurance Company ("Plaintiff"), hereby moves for the admission *pro hac vice* of attorneys Daniel J. Standish and David H. Topol of Wiley Rein & Fielding LLP. As grounds for its motion, Plaintiff states as follows:

1. Attorneys Standish and Topol have particularized knowledge of the facts and legal issues in this case.

2. Attorneys Standish and Topol are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. Attorneys Standish and Topol will be associated for all purposes with Gregory P. Deschenes and Michael L. Cornell, a Nixon Peabody partner and associate, respectively, resident in Nixon Peabody LLP's Boston office, who are admitted to practice before this Court and who

BOS1466051.1

will advise Attorneys Standish and Topol concerning the Local Rules for the U.S. District Court for the District of Massachusetts and practice before this Court.

4. Attorneys Standish and Topol are members of the bar in good standing in every jurisdiction where each of them has been admitted to practice, and there are no disciplinary proceedings pending against either of them as a member of the bar in any jurisdiction. In support of this Motion, Plaintiff submits the attached affidavits from Attorneys Standish and Topol.

WHEREFORE, Plaintiff respectfully request that its Motion be allowed, and that Daniel J. Standish and David H. Topol be admitted to practice before this Court *pro hac vice*.

Respectfully submitted,

XL SPECIALTY INSURANCE COMPANY

By its attorneys,

_____
Deborah L. Thaxter, P.C. (BBO# 495520)
Gregory P. Deschenes (BBO# 550830)
Michael L. Cornell (BBO# 651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1326 (phone)
(617) 345-1300 (facsimile)

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for Defendants on March 9, 2005, and Defendants do not oppose this Motion.

_____
Michael L. Cornell

- 2 -

BOS1466051.1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on March 10, 2005.

_____
Michael L. Cornell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-10104 NMG |

### AFFIDAVIT OF DANIEL J. STANDISH

I, Daniel J. Standish, hereby state as follows:

1.  I am a partner in the law firm of Wiley Rein & Fielding LLP in Washington, DC.

2.  I am a member in good standing of the bars of the District of Columbia and Colorado (inactive status). I am not subject to any disciplinary proceedings.

3.  My practice areas include, in significant part, litigation of coverage disputes under directors and officers liability insurance policies such as that at issue in this action.

4.  I am familiar with the issues involved in the instant case and agree to follow the Local Rules for the U.S. District Court for the District of Massachusetts.

5.  I will be associated with Gregory P. Deschenes and Michael L. Cornell of Nixon Peabody LLP in Boston, Massachusetts, who are both admitted to practice before this Court.

BOS1466069.1

*SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS* 25th *DAY OF FEBRUARY, 2005.*

                                      Daniel J. Standish

- 2 -

BOS1466069.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-10104 NMG |

## **AFFIDAVIT OF DAVID H. TOPOL**

I, David H. Topol, hereby state as follows:

1. I am a partner in the law firm of Wiley Rein & Fielding LLP in Washington, DC.

2. I am a member in good standing of the bars of the District of Columbia and Maryland. I am not subject to any disciplinary proceedings.

3. My practice areas include, in significant part, litigation of coverage disputes under directors and officers liability insurance policies such as that at issue in this action.

4. I am familiar with the issues involved in the instant case and agree to follow the Local Rules for the U.S. District Court for the District of Massachusetts.

5. I will be associated with Gregory P. Deschenes and Michael L. Cornell of Nixon Peabody LLP in Boston, Massachusetts, who are both admitted to practice before this Court.

BOS1466069.1

*SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS* 25th *DAY OF FEBRUARY, 2005.*

_____
David H. Topol