UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 05-10104 NMG |

**NOTICE OF WAIVER OF SERVICE**

Pursuant to Fed. R. Civ. P. 4(d), Plaintiff, XL Specialty Insurance Company ("Plaintiff") hereby files this Notice of Waiver of Service. Defendants Robert J. Fabbricatore, Katherine D. Courage, Henry Hermann, Kevin Nee, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Mark E. Nunnelly, Carl Redfield, Richard J. Santagati, Ralph C. Sillari, Scott M. Sperling, and Ralph S. Troupe (collectively, the "Defendants") waived service of process of the Summons and Complaint in this case. Specifically, each of the Defendants signed a Stipulation Among All Parties Regarding Deadline for Answering Amended Complaint (hereinafter, the "Stipulation"), attached hereto as **Exhibit A**. The Stipulation provides, "[t]he Defendants hereby agree to accept service of process and to waive only the sufficiency of process." Stipulation at ¶ F.

Therefore, Plaintiff files this Notice of Waiver of Service in accordance with Fed. R. Civ. P. 4(d).

BOS1481091.1

April 5, 2005

Respectfully submitted,

XL SPECIALTY INSURANCE COMPANY

By its attorneys,

_____
Deborah L. Thaxter, P.C. (BBO# 495520)
Gregory P. Deschenes (BBO# 550830)
Michael L. Cornell (BBO# 651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1326 (phone)
(617) 345-1300 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on April 5, 2005 and upon all parties registered for electronic notification via the Court's electronic filing system.

_____
Michael L. Cornell

**EXHIBIT A**

Case 1:05-cv-10104-NMG   Document 11   Filed 04/05/2005   Page 3 of 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE,<br><br>　　　　Defendants. | CIVIL ACTION<br>NO. 05-CV-10104 NMG |

**STIPULATION AMONG ALL PARTIES REGARDING
DEADLINE FOR ANSWERING AMENDED COMPLAINT**

Plaintiff, XL Specialty Insurance Company (XL), and defendants Robert J. Fabbricatore, Katherine D. Courage, Henry Hermann, Kevin Nee, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Mark E. Nunnelly, Carl Redfield, Richard J. Santagati, Ralph C. Sillari, Scott M. Sperling, and Ralph S. Troupe (collectively "Defendants"), by and through the undersigned counsel, hereby agree and stipulate as follows:

1

## RECITALS

A.     On January 14, 2005, XL filed its Complaint for Declaratory Judgment ("Complaint") in this action.

B.     On January 18, 2005, XL filed its First Amended Complaint for Declaratory Judgment ("Amended Complaint"). XL seeks a declaratory judgment that there is no insurance coverage with respect to an adversary proceeding filed against the defendants and others in the United States Bankruptcy Court for the District of Delaware ("the Underlying Action").

C.     Because there are multiple defendants in this action, there are potentially numerous and staggered dates for service and, in turn, for the parties' respective responsive pleadings.

D.     The parties have therefore agreed to a single date for all Defendants to answer or otherwise respond to the Amended Complaint.

E.     The parties previously agreed to extend the date to answer or otherwise respond to the Amended Complaint on or before March 4, 2005. At present, the parties are discussing a further agreement to stay this action pending resolution of a motion to dismiss the Underlying Action.

F.     The Defendants hereby agree to accept service of process and to waive only the sufficiency of process. The Defendants retain their rights to assert any and all other available defenses.

**NOW THEREFORE, IT IS MUTUALLY AGREED, STIPULATED AND CONSENTED AS FOLLOWS:**

1.　No response is required to the original Complaint.

2.　The parties agree that the Defendants will answer or otherwise respond to the Amended Complaint on or before March 18, 2005. The Defendants hereby agree to accept service of process and to waive only the sufficiency of process, but retain their rights to assert any and all other available defenses.

3.　This stipulation may be executed in one or more counterparts, each of which shall be deemed the original, but all of which together shall constitute one and the same agreement. A facsimile signature of any of the parties shall have the same force and effect as an original signature.

Dated: March 3, 2005

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, | ROBERT J. FABBRICATORE and KEVIN NEE, |
| By its counsel, | By their counsel, |
| /s/ Deborah L. Thaxter<br>Deborah L. Thaxter (BBO# 495520)<br>Gregory P. Deschenes (BBO# 550830)<br>Nixon Peabody, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 345-1000 | /s/ Paul M. Glickman<br>Paul M. Glickman (BBO# 550840)<br>Glickman Turley, LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 399-7770 |
| | ROBERT NICHOLSON, KEVIN J. MARONI and MARK NUNNELLY |
| | By their counsel, |
| | /s/ Steven M. Cowley<br>Steven M. Cowley (BBO# 554534)<br>Edwards & Angell LLP<br>101 Federal Street<br>Boston, MA 02110-1800<br>(617) 951-2283 |

3

RICHARD J. SANTAGATI, J. RICHARD MURPHY, HENRY HERMANN, RALPH C. SILLARI AND RALPH S. TROUPE,

By their counsel,

/s/ T. Christopher Donnelly
T. Christopher Donnelly (BBO# 129930)
Matthew N. Kane (BBO# 636801)
Jill Brenner Meixel (BBO#652501)
Donnelly, Conroy & Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

SCOTT M. SPERLING AND
KATHERINE D. COURAGE,

By their counsel,

/s/ Diane Harvey
Diane Harvey
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

CARL REDFIELD,

By his counsel,

/s/ James Beha
James Beha
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6842

**SO ORDERED THIS __ DAY OF _____, 2005**

---

Hon. Nathaniel M. Gorton
United States District Court Judge

4