UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE ,<br><br>          Defendants. | CIVIL ACTION NO. 05-CV-10104 NMG |

### NOTICE OF APPEARANCE

Please enter the appearance of Steven D. Morris of Edwards & Angell, LLP, 101 Federal Street, Boston, Massachusetts 02110 as counsel for Defendants Robert Nicholson, Kevin J. Maroni and Mark Nunnelly, in the above-referenced proceeding.

/s/ Steven D. Morris
Steven D. Morris (BBO# 645093)
smorris@edwardsangell.com
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444

Dated: October 19, 2005

### CERTIFICATE OF SERVICE

I, Steven D. Morris, hereby certify that on this 19th day of October, 2005, I served a copy of the foregoing document via first class mail, postage prepaid on all counsel of record.

/s/ Steven D. Morris
Steven D. Morris