UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE,<br><br>        Defendants. | CIVIL ACTION NO. 05-CV-10104 NMG |

## SECOND JOINT MOTION TO STAY PROCEEDINGS

All parties, by and through the undersigned counsel, hereby jointly move to stay these proceedings pending resolution of a pending Motion to Dismiss in a related matter. As grounds for this motion, the parties state as follows:

1. On January 14, 2005, XL Specialty Insurance Company ("XL"), filed its Complaint for Declaratory Judgment ("Complaint") in this action.

2. On January 18, 2005, XL filed its First Amended Complaint for Declaratory Judgment ("Amended Complaint"). In its Amended Complaint, XL seeks a declaratory judgment that there is no insurance coverage with respect to an adversary proceeding filed against the defendants and others in the United States Bankruptcy Court for the District of Delaware ("the Underlying Action").

3. Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Katherine D. Courage, Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Mark E. Nunnelly, Richard J.

Santagati, Ralph C. Sillari, Scott M. Sperling, and Ralph S. Troupe (the "Outside Director Defendants") filed a Motion to Dismiss the claims asserted against them in the Underlying Action.

4. If the Motion to Dismiss is allowed, the Underlying Action will be dismissed with respect to the Outside Director Defendants. In the absence of the Underlying Action, the Outside Director Defendants would not seek Defense Costs or other coverage from XL in connection with that lawsuit. Accordingly, there would be no case or controversy between XL and these ten defendants.

5. On February 22, 2005, the United States Bankruptcy Court for the District of Delaware ordered that the Underlying Action be transferred to the United States Bankruptcy Court for the District of Massachusetts.[1]

6. On July 19, 2005, the Underlying Action was transferred to the United States District Court for the District of Massachusetts. The Motion to Dismiss is still under advisement in the United States Bankruptcy Court for the District of Massachusetts and there has not yet been any oral argument scheduled.

7. Because the pending Motion to Dismiss may resolve this matter for the majority of defendants in this case, the parties agree that this matter will proceed most efficiently if it is further stayed pending resolution of the Motion to Dismiss the Underlying Action or for an additional 120 days, whichever is earlier.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

[1] The parties previously filed a stipulation in this action while the Motion to Dismiss was still pending in Delaware. As a result of the transfer order, the United States Bankruptcy Court for the District of Delaware never reached the merits of the pending Motion to Dismiss.

BOS_507676_1.DOC/SMORRIS

WHEREFORE, the parties respectfully request that this Court enter the attached Order (attached hereto as Exhibit A), staying this matter and grant such further relief as the Court deems proper.

Dated: October 19, 2005

| | |
|---|---|
| XL SPECIALITY INSURANCE COMPANY<br>By its counsel, | ROBERT J. FABBRICATORE and KEVIN NEE<br>By their counsel, |
| /s/ Gregory P. Deschenes<br>Deborah L. Thaxter (BBO# 495520)<br>Gregory P. Deschenes (BBO# 550830)<br>Nixon Peabody, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 345-1000 | /s/ Paul M. Glickman<br>Paul M. Glickman (BBO# 550840)<br>Glickman Turley, LLP<br>250 Summer Street<br>Boston, MA 02110<br>(617) 399-7770 |

ROBERT NICHOLSON, KEVIN J. MARONI and MARK NUNNELLY
By their counsel,

/s/ Steven D. Morris
Steven M. Cowley (BBO# 554534)
Steven D. Morris (BBO# 645093)
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110-1800
(617) 951-2283

- 4 -

RICHARD J. SANTAGATI, J. RICHARD
MURPHY, HENRY HERMANN, RALPH C.
SILLARI and RALPH S. TROUPE,
By their counsel,

/s/ Matthew N. Kane
T. Christopher Donnelly (BBO# 129930)
Matthew N. Kane (BBO# 636801)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
(617) 720-2880

SCOTT M. SPERLING and KATHERINE D.
COURAGE,
By their counsel,

/s/ Diane Harvey
Diane Harvey
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

CARL REDFIELD,
By his counsel,

/s/ James Beha
James Beha
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-6842

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE,<br><br>                Defendants. | CIVIL ACTION NO. 05-CV-10104 NMG |

## [PROPOSED] ORDER

The parties' Second Joint Motion to Stay Proceedings is hereby **_ALLOWED_**. This matter will therefore by stayed; (i) pending resolution of the pending Motion to Dismiss the adversary proceeding filed against the defendants and others in the United States Bankruptcy Court for the District of Delaware and currently pending in the United States Bankruptcy Court for the District of Massachusetts ("the Underlying Action"); or (ii) for a period of 120 days from entry of this Order, whichever is earlier. This stay will be automatically lifted upon notice to this Court of a decision on the pending motion to dismiss or after 120 days, whichever is earlier. The Defendants shall file responsive pleadings or the parties shall file a stipulation of dismissal, as appropriate, within twenty (20) days of the expiration of this stay.

Date: _____

                                                        _____
                                                        Hon. Nathaniel M. Gorton
                                                        United States District Judge