UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE,<br><br>        Defendants. | CIVIL ACTION NO. 05-CV-10104 NMG |

**ORDER**

The parties' Third Joint Motion to Stay Proceedings is hereby ***ALLOWED***. This matter will therefore by stayed; (i) pending resolution of the pending Motion to Dismiss All Claims Asserted Against the Defendants in the Amended Complaint filed in the United States Bankruptcy Court for the District of Massachusetts ("the Underlying Action"); or (ii) for a period of 120 days from entry of this Order, whichever is earlier. This stay will be automatically lifted upon notice to this Court of a decision on the pending motion to dismiss or after 120 days, whichever is earlier. The Defendants shall file responsive pleadings or the parties shall file a stipulation of dismissal, as appropriate, within twenty (20) days of the expiration of this stay.

Date: 3/31/06

                                                                             */s/ Nathaniel M. Gorton*
                                                                Hon. Nathaniel M. Gorton
                                                                United States District Judge

BOS_507547_1.DOC/SMORRIS