UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                  )
XL SPECIALTY INSURANCE COMPANY,   )
                                                                  )
    Plaintiff,                                     )
                                                                  )
    v.                                                 )   C.A. No. 05-10104-NMG
                                                                  )
ROBERT J. FABBRICATORE; KATHERINE )
D. COURAGE; HENRY HERMANN; KEVIN )
NEE; KEVIN J. MARONI; J. RICHARD       )
MURPHY; ROBERT NICHOLSON; MARK E. )
NUNNELLY; CARL REDFIELD;                    )
RICHARD J. SANTAGATI; RALPH C.          )
SILLARI; SCOTT M. SPERLING; and          )
RALPH S. TROUPE,                                       )
                                                                  )
    Defendants.                                )
_____)

## NOTICE OF SUBSTITUTION OF COUNSEL

    Please withdraw the appearance of James A. Beha of Winston & Strawn LLP for the defendant, Carl Redfield in the above-entitled action.

    Please enter the appearance of Richard Rosensweig and Peter Bilowz of Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110, and David Honig of Winston & Strawn LLP, 200 Park Avenue, New York, NY, 10166 as counsel for the defendant, Carl Redfield.

Dated: April 11, 2006                    /s/ Peter D. Bilowz
                                              Richard Rosensweig, BBO #639547
                                              Peter D. Bilowz, BBO #651383
                                              400 Atlantic Avenue
                                              Boston, MA 02110
                                              (617) 482-1776

                                               - and -

                                              David Honig, Esq.
                                              WINSTON & STRAWN LLP
                                              200 Park Avenue
                                              New York, NY 10166
                                              (212) 294-4700

-2-

## **CERTIFICATE OF SERVICE**

      I, Peter D. Bilowz, hereby certify that on this 11th day of April, 2006, I served a copy of the foregoing document via first class mail, postage prepaid, on all counsel of record.

                                              /s/ Peter D. Bilowz
                                              Peter D. Bilowz, Esq.

GSDOCS\1601085.1