UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | No. 05-CV-10104-NMG |

## NOTICE OF APPEARANCE OF PETER D. BILOWZ

TO THE CLERK:

Please enter the appearance of Peter D. Bilowz of Goulston & Storrs, P.C. as attorney for the Defendant Carl Redfield in the above-entitled action.

Respectfully submitted,

CARL REDFIELD

By his attorney,

/s/ Peter D. Bilowz
Peter D. Bilowz (BBO# 651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Date: April 13, 2006

-1-

GSDOCS\1602197.1

## **CERTIFICATE OF SERVICE**

I, Peter D. Bilowz, hereby certify that on this 13th day of April, 2006, I served a copy of the foregoing document via first class mail, postage prepaid, on all counsel of record.

/s/ Peter D. Bilowz
Peter D. Bilowz, Esq.