UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>    Defendants. | C.A. No. 05-10104-NMG |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, Peter D. Bilowz, a member of the bar of the United States District Court for the District of Massachusetts who has entered an appearance of behalf of the defendant, Carl Redfield, in this action, hereby moves that David A. Honig be admitted to appear and practice in this Court in this particular case as counsel to the defendant, Carl Redfield. As set forth in the accompanying Affidavit, Mr. Honig is a member in good standing of the bar of the State of California, and the United States District Courts for the Central, Eastern and Northern Districts of California. He has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, it is respectfully requested that Mr. Honig be admitted to practice pro hac vice in this matter.

Dated: May 12, 2006

/s/ Peter D. Bilowz
Richard Rosensweig, BBO #639547
Peter D. Bilowz, BBO #651383
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | C.A. No. 05-10104-NMG |

### AFFIDAVIT OF DAVID A. HONIG, ESQ.
### IN SUPPORT OF ADMISSION PRO HAC VICE

I, David A. Honig, hereby depose and state as follows:

1. I am a partner in the corporate department of the firm Winston & Strawn, LLP in San Francisco, California, representing the defendant, Carl Redfield, in this matter.

2. I am admitted to practice in the State of California and in the United States District Courts for the Central, Eastern and Northern Districts of California.

3. I am a member of the bar in good standing in those jurisdictions in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in those jurisdictions in which I have been admitted to practice.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Sworn to this 18th day of April 2006 under the pains and penalties of perjury.

_____
David A. Honig

-2-

GSDOCS\1602069.1

I hereby certify that I caused a copy of the foregoing Motion for Admission Pro Hac Vice to be served this 12th day of May, 2006 by U.S. mail upon all counsel of record.

/s/ Peter Bilowz

-2-

GSDOCS\1602069.1