UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | CIVIL ACTION NO. 05-10104 NMG |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

All parties, by and through the undersigned counsel, hereby jointly move this Court for an order enlarging the time for filing responsive pleadings and adopting the schedule set forth below. As grounds for this motion, the parties state as follows:

1. On January 14, 2005, XL Specialty Insurance Company ("XL") filed its Complaint for Declaratory Judgment ("Complaint") in this action.

2. On January 18, 2005, XL filed its First Amended Complaint for Declaratory Judgment ("Amended Complaint"). In its Amended Complaint, XL seeks a declaratory judgment that there is no insurance coverage with respect to an adversary proceeding brought by Plaintiff CTC Litigation Trust against the Defendants and others in the United States Bankruptcy Court for the District of Massachusetts ("the Underlying Action").

10505557.1

3. Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Katherine D. Courage, Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Mark E. Nunnelly, Richard J. Santagati, Ralph C. Sillari, Scott M. Sperling, Ralph S. Troupe and Carl Redfield (the "Outside Director Defendants") filed a Motion to Dismiss the claims asserted against them in the Underlying Action.[1]  In the absence of the Underlying Action, the Outside Director Defendants would not seek defense costs or other coverage from XL in connection with that lawsuit and therefore there would be no case or controversy between XL and those ten defendants.

4. Believing that the Motion to Dismiss could potentially resolve this matter for the majority of Defendants in this case, the parties agreed that this matter would proceed most efficiently if it were stayed pending resolution of the Motion to Dismiss.  Accordingly, through a series of orders entered by this Court, this action has been stayed for almost two years, pending the outcome of the Motion to Dismiss.  Most recently, in the Court's Order dated January 12, 2007, the Court ordered that the stay would be automatically lifted upon notice to the Court of a decision on the pending motion to dismiss or after 120 days, whichever was earlier.  The Court also ordered the Defendants to file responsive pleadings or the parties to file a stipulation of dismissal, as appropriate, within twenty (20) days of the expiration of the stay.

5. In a Memorandum and Order dated March 13, 2007, the Bankruptcy Court denied the Motion to Dismiss in the Underlying Action.  On or about March 20, 2007, Plaintiff CTC Litigation Trust filed a Second Amended Complaint in the Underlying Action.  Certain Defendants have requested additional time to respond to XL's Amended Complaint.  Moreover, because of these recent developments in the Underlying Action and the new allegations

---

[1] Carl Redfield joined the Motion to Dismiss subsequent to its initial filing.  In addition, an Amended Complaint filed in the Underlying Action did not name Outside Director Defendants Mark E. Nunnelly and Kevin Nee as Defendants and no longer includes allegations against them.

advanced in the Second Amended Complaint, counsel for XL needs additional time to prepare and file a Second Amended Complaint for Declaratory Judgment in this action. Accordingly, after conferring with all counsel of record, the parties jointly propose the following schedule:

    A.    On or before May 1, 2007, pursuant to Fed. R. Civ. P. 15(a), XL will file its Second Amended Complaint for Declaratory Judgment in this action; and

    B.    On or before June 1, 2007, the Defendants shall file responsive pleadings to the Second Amended Complaint for Declaratory Judgment.

WHEREFORE, the parties respectfully request that this Court grant this Motion, enter the Order attached as Exhibit 1, and grant such other further relief the Court deems just and proper.

Dated: April 9, 2007

| XL SPECIALTY INSURANCE COMPANY,<br>By its counsel, | ROBERT J. FABBRICATORE and KEVIN NEE,<br>By their counsel, |
|---|---|
| /s/ Gregory P. Deschenes<br>Deborah L. Thaxter (BBO# 495520)<br>Gregory P. Deschenes (BBO# 550830)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 | /s/ Paul M. Glickman<br>Paul M. Glickman (BBO# 550840)<br>Glickman Turley, LLP<br>250 Summer Street<br>Boston, MA 02110<br>(617) 399-7770 |

Daniel J. Standish (admitted *pro hac vice*)
David H. Topol (admitted *pro hac vice*)
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

ROBERT NICHOLSON, KEVIN J.
MARONI, MARK NUNNELLY, RICHARD
J. SANTAGATI, J. RICHARD
MURPHY, HENRY HERMANN, RALPH C.
SILLARI and RALPH S. TROUPE,
By their counsel,


 /s/ Steven D. Morris
Steven M. Cowley (BBO# 554534)
Steven D. Morris (BBO# 645093)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100


SCOTT M. SPERLING and KATHERINE D.
COURAGE,
By their counsel,

 /s/ James L. Messenger
James L. Messenger (BBO# 547236)
Weil Gotshal & Manges LLP
100 Federal Street
Floor 34
Boston, MA  02110
(617) 772-8300
    -and-
Diane Harvey
Paul A. Ferrillo
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

10505557.1                                4

CARL REDFIELD,
By his counsel,


 /s/ Peter D. Bilowz
Richard Rosenweig (BBO# 639547)
Peter D. Bilowz (BBO# 651383)
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110
(617) 482-1776
    -and-
David Honig (admitted *pro hac vice*)
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA  94111
(415) 591-1423

Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | CIVIL ACTION NO. 05-10104 NMG |

**PROPOSED ORDER**

The parties' Joint Motion for Enlargement of Time is hereby ***ALLOWED***. The following schedule shall apply to filing responsive pleadings in this matter:

1.  On or before May 1, 2007, pursuant to Fed. R. Civ. P. 15(a), XL will file its Second Amended Complaint for Declaratory Judgment; and

2.  On or before June 1, 2007, the Defendants shall file responsive pleadings to the Second Amended Complaint for Declaratory Judgment.

Date: _____                                  _____
                                                  Hon. Nathaniel M. Gorton
                                                  United States District Court Judge

10505557.1