UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 05-CV-10104 NMG |
| ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE | ) ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL OF DEFENDANT KEVIN NEE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff XL Specialty Insurance Company voluntarily dismisses this action against Defendant Kevin Nee without prejudice.

Dated:  May 1, 2007

XL SPECIALTY INSURANCE COMPANY,

By its attorneys,

 /s/ Gregory P. Deschenes
Deborah L. Thaxter (BBO# 495520)
Gregory P. Deschenes (BBO# 550830)
Michael L. Cornell (BBO# 651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
617.345.1000 (phone)
617.345.1300 (facsimile)

10552744.1

Of counsel:

David H. Topol (admitted *pro hac vice*)
Cara Tseng Duffield (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
202.719.7000 (phone)
202.719.7049 (facsimile)

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent on May 1, 2007, to those indicated as non-registered participants, and also to:

| | |
|---|---|
| Paul M. Glickman<br>Glickman Turley LLP<br>250 Summer Street<br>Boston, MA 02110<br><br>*Attorney for Robert J. Fabbricatore,*<br>*Thomas Fabbricatore* | Diane Harvey<br>Weil Gotschal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>*Attorney for Scott M. Sperling, Katherine*<br>*D. Courage* |

Erin T. Fontana, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624

*Attorney for Mark E. Nunnelly*

                                                /s/ Gregory P. Deschenes
                                                Gregory P. Deschenes