UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY, CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; RALPH S. TROUPE; and THOMAS FABBRICATORE,<br><br>Defendants. | CIVIL ACTION NO. 05-10104 NMG |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL OF DEFENDANT MARK E. NUNNELLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff XL Specialty Insurance Company voluntarily dismisses this action against Defendant Mark E. Nunnelly without prejudice.

Dated: May 31, 2007         XL SPECIALTY INSURANCE COMPANY,

By its attorneys,

 /s/ Gregory P. Deschenes
Deborah L. Thaxter (BBO# 495520)
Gregory P. Deschenes (BBO# 550830)
Michael L. Cornell (BBO# 651405)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
617.345.1000 (phone)
617.345.1300 (facsimile)

10601758.1

Of counsel:

David H. Topol (admitted *pro hac vice*)
Cara Tseng Duffield (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
202.719.7000 (phone)
202.719.7049 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent on May 31, 2007, to those indicated as non-registered participants, and also to:

| | |
|---|---|
| Paul M. Glickman | Diane Harvey |
| Glickman Turley LLP | Weil Gotschal & Manges LLP |
| 250 Summer Street | 767 Fifth Avenue |
| Boston, MA 02110 | New York, NY 10153 |
| | |
| *Attorney for Robert J. Fabbricatore, Thomas Fabbricatore* | *Attorney for Scott M. Sperling, Katherine D. Courage* |

Erin T. Fontana, Esq.
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624

*Attorney for Mark E. Nunnelly*


                                        /s/ Gregory P. Deschenes
                                        Gregory P. Deschenes