UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY | 05 CV 10104 (NMG) |
| Plaintiff, | |
| v. | |
| ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Steven M. Cowley and Windy Rosebush Catino of

Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199

as counsel for Defendants Kevin J. Maroni, Robert Nicholson, Richard J. Santagati, Ralph C.

Sillari, Henry Hermann, Richard Murphy and Ralph S. Troupe in the above-referenced

proceeding.

Dated: June 1, 2007

ROBERT NICHOLSON, KEVIN J. MARONI, RICHARD J. SANTAGATI, RALPH C. SILLARI, HENRY HERMANN, RICHARD MURPHY and RALPH S. TROUPE
By their counsel,

 /s/  Windy Rosebush Catino
Steven M. Cowley (BBO# 554534)
Windy Rosebush Catino (BBO # 636962)
Steven D. Morris (BBO# 645093)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

- 2 -

**CERTIFICATE OF SERVICE**

I, Windy Rosebush Catino, hereby certify that on June 1, 2007, I served a copy of the foregoing Notice of Appearance via ECF on all counsel of record.

/s/ Windy Rosebush Catino
Windy Rosebush Catino

BOS_584827_1.DOC/SMORRIS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| XL SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-CV-10104 NMG |
| ROBERT J. FABBRICATORE, KATHERINE | ) | |
| D. COURAGE, HENRY HERMANN, KEVIN | ) | |
| NEE, KEVIN J. MARONI, J. RICHARD | ) | |
| MURPHY, ROBERT NICHOLSON, MARK E. | ) | |
| NUNNELLY, CARL REDFIELD, RICHARD | ) | |
| J. SANTAGATI, RALPH C. SILLARI, SCOTT | ) | |
| M. SPERLING, and RALPH S. TROUPE, | ) | |
| | ) | |
|       Defendants. | ) | |
| _____ | ) | |

**WITHDRAWAL OF APPEARANCE FOR DEFENDANTS
HENRY HERMANN, J. RICHARD MURPHY, RICHARD J. SANTAGATI,
<u>RALPH C. SILLARI, AND RALPH S. TROUPE</u>**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Kindly withdraw the appearance of T. Christopher Donnelly, Esq., Matthew N.

Kane, Esq., and the firm of Donnelly, Conroy, & Gelhaar LLP, as attorneys for

Defendants Henry Hermann, J. Richard Murphy, Richard J. Santagati, Ralph C. Sillari,

and Ralph S. Troupe, in the above-captioned matter.   In support hereof, the undersigned

represents that successor counsel, attorneys of the law firm of Edwards, Angell, Palmer &

Dodge, have filed appearances on behalf of Messrs. Hermann, Murphy, Santagati, Sillari

and Troupe concurrently herewith.

By their attorneys,


/s/ *T. Christopher Donnelly*
T. Christopher Donnelly (BBO #129930)
Matthew N. Kane (BBO #636801)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880
tcd@dcglaw.com


Dated: June 1, 2007