## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

XL SPECIALTY INSURANCE COMPANY,

              Plaintiff,

v.

ROBERT J. FABBRICATORE; KATHERINE
D. COURAGE; HENRY HERMANN; KEVIN
NEE; KEVIN J. MARONI; J. RICHARD
MURPHY; ROBERT NICHOLSON; MARK E.
NUNNELLY; CARL REDFIELD; RICHARD
J. SANTAGATI; RALPH C. SILLARI; SCOTT
M. SPERLING; and RALPH S. TROUPE,

              Defendants.

No. 05-CV-10104-NMG

### NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID A. HONIG

Pursuant to Local Rule 83.5(c), David A. Honig of Winston & Strawn LLP hereby gives notice that he withdraws as counsel to Carl Redfield in this matter. The requirements of Local Rule 83.5(c) are satisfied because (1) attorneys Thomas J. Sartory, Richard J. Rosensweig and Peter D. Bilowz of Goulston & Storrs, P.C. have already appeared as counsel for Mr. Redfield in this matter; (2) there are no motions pending before the Court; (3) no trial date has been set; and (4) no hearings or conferences are scheduled, and no reports are due.

Respectfully submitted,

David A. Honig, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, California
94111-5802

Dated: June 1, 2007

GSDOCS\1602197.2

## CERTIFICATE OF SERVICE

I, Peter D. Bilowz, hereby certify that on this ____ day of June, 2007, I served a copy of the foregoing document via the Court's CM/ECF electronic notice system, on all counsel of record.

/s/ Peter D. Bilowz

-3-