UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

XL SPECIALTY INSURANCE COMPANY

Plaintiff,

v.

ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE

Defendants.

Civil Action No.
05 CV 10104 (NMG)

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Windy Rosebush Catino, as counsel for the Defendant Kevin J. Maroni, hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

a) a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

b) the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.

_____
Kevin J. Maroni

/s/ Windy Rosebush Catino
Steven M. Cowley (BBO# 554534)
Windy Rosebush Catino (BBO # 636962)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

BOS_AIG_CTC - LR 16.1 16.4 Certification - K. Maroni.DOC