UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

XL SPECIALTY INSURANCE COMPANY

Plaintiff,

v.

ROBERT J. FABBRICATORE, KATHERINE
D. COURAGE, HENRY HERMANN, KEVIN
NEE, KEVIN J. MARONI, J. RICHARD
MURPHY, ROBERT NICHOLSON, MARK
E. NUNNELLY, CARL REDFIELD,
RICHARD J. SANTAGATI, RALPH C.
SILLARI, SCOTT M. SPERLING, and
RALPH S. TROUPE

Defendants.

Civil Action No.
05 CV 10104 (NMG)

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Windy Rosebush Catino, as counsel for the Defendant J. Richard Murphy, hereby
certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

a)  a budget for the costs of conducting the litigation and any alternative courses to
the litigation; and

b)  the alternative dispute resolution programs available to the parties pursuant to
Local Rule 16.4.

_____
J. Richard Murphy

/s/ Windy Rosebush Catino
Steven M. Cowley (BBO# 554534)
Windy Rosebush Catino (BBO # 636962)
Edwards Angell Palmer & Dodge, LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

## <u>CERTIFICATE OF SERVICE</u>

      I certify that on December 3, 2007, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

                                   */s/ Windy Rosebush Catino*
                                   Windy Rosebush Catino