UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE; KATHERINE D. COURAGE; HENRY HERMANN; KEVIN NEE; KEVIN J. MARONI; J. RICHARD MURPHY; ROBERT NICHOLSON; MARK E. NUNNELLY; CARL REDFIELD; RICHARD J. SANTAGATI; RALPH C. SILLARI; SCOTT M. SPERLING; and RALPH S. TROUPE,<br><br>Defendants. | C.A. No. 05-10104-(NMG) |

## LOCAL RULE 16.1 (D)(3) CERTIFICATION

I, Richard Rosensweig, as counsel for the Defendant Carl Redfield, hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

a)  a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

b)  the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.

_____
Carl Redfield

/s/ Richard J. Rosensweig
Richard J. Rosensweig (BBO# 639547)
Peter D. Bilowz, (BBO #651383)
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110
(617) 574-3588

## CERTIFICATE OF SERVICE

I certify that on December 4, 2007, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

*/s/ Richard J. Rosensweig*
Richard J. Rosensweig

GSDOCS\1783967