UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN NEE, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, MARK E. NUNNELLY, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, and RALPH S. TROUPE<br><br>Defendants. | Civil Action No.<br>05 CV 10104 (NMG) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Windy Rosebush Catino, as counsel for the Defendant Ralph S. Troupe, hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

a)   a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

b)   the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.

_____     /s/ Windy Rosebush Catino
Ralph S. Troupe                                     Steven M. Cowley (BBO# 554534)
                                                             Windy Rosebush Catino (BBO # 636962)
                                                             Edwards Angell Palmer & Dodge, LLP
                                                             111 Huntington Avenue
                                                             Boston, MA 02199-7613
                                                             (617) 239-0100

**CERTIFICATE OF SERVICE**

      I certify that on December 7, 2007, this document was filed through the Electronic Case Filing System of the United States District Court for the District of Massachusetts and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

                                          */s/ Windy Rosebush Catino*
                                          Windy Rosebush Catino