UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, RALPH S. TROUPE, and THOMAS FABBRICATORE,<br><br>Defendants. | Civil Action No.<br>05-CV-10104 (NMG) |

## AGREED MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff XL Specialty Insurance Company and Defendants Robert J. Fabbricatore, Katherine D. Courage, Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Carl Redfield, Richard J. Santagati, Ralph C. Sillari, Scott M. Sperling, Ralph S. Troupe and Thomas Fabbricatore (collectively, the "Parties") file this agreed motion to continue the scheduling conference this Court has set on Friday, December 14, 2007 at 3:00 p.m.

This is an insurance coverage action. Plaintiff XL Specialty Insurance Company ("XL") filed this action seeking a declaration that there is no coverage under certain policies it issued for the underlying action *CTC Litigation Trust v. Fabbricatore et al.*, No. 05-AP-01441 (RS) (Bankr. D. Mass.) (the "Underlying Action"). The Parties understand that the Underlying Action may be nearing a resolution. A resolution of the Underlying Action likely would render moot the declaratory judgments XL seeks in this case. Accordingly, the Parties request that this Court continue the December 14, 2007 scheduling conference for at least 30 days.

10833388.1

Dated:  December 7, 2007

Respectfully submitted,

/s/ Paul M. Glickman
Paul M. Glickman
Glickman Turley LLP
250 Summer Street
Boston, MA 02110
(617) 399-7770

*Attorneys for Robert J. Fabbricatore, Thomas Fabbricatore*

/s/ Windy Rosebush Catino
Steven M. Cowley
Windy Rosebush Catino
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

*Attorneys for Henry Hermann, Kevin J. Maroni, Richard Murphy, Robert Nicholson, Richard J. Santagati, J. Ralph C. Sillari, Ralph S. Troupe*

/s/ Richard Rosensweig
Richard Rosensweig
Peter D. Bilowz
Goulston & Storrs P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

*Attorneys for Carl Redfield*

/s/ Gregory P. Deschenes
Gregory P. Deschenes
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Of Counsel:
David H. Topol
Cara Tseng Duffield
Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7407 (phone)

*Attorneys for XL Specialty Insurance Co.*

/s/ Paul A. Ferrillo
James Messenger
Weil Gotschal & Manges LLP
100 Federal Street
Boston, MA 02110
(617) 772-8329

Paul A. Ferrillo
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8372

*Attorneys for Scott M. Sperling, Katherine D. Courage*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT J. FABBRICATORE, KATHERINE )<br>D. COURAGE, HENRY HERMANN, )<br>KEVIN J. MARONI, J. RICHARD MURPHY, )<br>ROBERT NICHOLSON, CARL REDFIELD, )<br>RICHARD J. SANTAGATI, RALPH C. )<br>SILLARI, SCOTT M. SPERLING, RALPH S. )<br>TROUPE, and THOMAS FABBRICATORE, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>05-CV-10104 (NMG) |

## ORDER

The Parties have filed an Agreed Motion to Continue Scheduling Conference. For the reasons stated in the Parties' motion, it is hereby

ORDERED that the Parties' Agreed Motion to Continue Scheduling Conference is GRANTED. The scheduling conference currently set for December 14, 2007 is continued until _____, 2008.

SO ORDERED THIS \_\_\_\_ DAY OF _____, 2007.

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on December 7, 2007.

      /s/ Gregory P. Deschenes  
      Gregory P. Deschenes