## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, RALPH S. TROUPE, and THOMAS FABBRICATORE,<br><br>Defendants. | Civil Action No.<br>05-CV-10104 (NMG) |

## AGREED MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff XL Specialty Insurance Company and Defendants Robert J. Fabbricatore, Katherine D. Courage, Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Carl Redfield, Richard J. Santagati, Ralph C. Sillari, Scott M. Sperling, Ralph S. Troupe and Thomas Fabbricatore ("Defendants") (collectively, the "Parties") file this agreed motion to continue the scheduling conference this Court has set on Thursday, January 24, 2008 at 3:30 p.m.

This is an insurance coverage action. Plaintiff XL Specialty Insurance Company filed this action seeking a declaration that there is no coverage under certain policies it issued for the underlying action *CTC Litigation Trust v. Fabbricatore et al.*, No. 05-AP-01441 (RS) (Bankr. D. Mass.) (the "Underlying Action"). A scheduling conference initially was set in this action for December 14, 2007. On December 7, 2007, the Parties filed an agreed motion for a continuance based on their understanding that the claims against the Defendants in the Underlying Action were nearing a resolution, which likely would render moot the declaratory judgments XL seeks

in this case. On December 13, 2007, the Court granted the Parties' agreed motion and reset the scheduling conference for January 24, 2008.

The Parties hereby request a further continuance of the scheduling conference. The Parties understand that, while the claims against the Defendants in the Underlying Action have not yet been finally resolved, the parties to that action are continuing to actively work to achieve a final resolution. Accordingly, in the interests of judicial economy, the Parties request that this Court continue the January 24, 2008 scheduling conference for a further 45 days.

Dated: January 16, 2008                                                     Respectfully submitted,


/s/ Paul M. Glickman                                        /s/ _Gregory P. Deschenes
Paul M. Glickman                                            Gregory P. Deschenes
Glickman Turley LLP                                         Nixon Peabody LLP
250 Summer Street                                           100 Summer Street
Boston, MA 02110                                            Boston, MA 02110
(617) 399-7770                                              (617) 345-1000

*Attorneys for Robert J. Fabbricatore,*                     Of Counsel:
*Thomas Fabbricatore*                                       David H. Topol
                                                            Cara Tseng Duffield
                                                            Wiley Rein LLP
/s/ Windy Rosebush Catino                                   1776 K Street NW
Steven M. Cowley                                            Washington, D.C. 20006
Windy Rosebush Catino                                       (202) 719-7407 (phone)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue                                       *Attorneys for XL Specialty Insurance Co.*
Boston, MA 02199-7613
(617) 239-0100

*Attorneys for Henry Hermann, Kevin J.*
*Maroni, Richard Murphy, Robert*
*Nicholson, Richard J. Santagati, J. Ralph*
*C. Sillari, Ralph S. Troupe*


/s/ Peter D. Bilowz                                         /s/ Paul A. Ferrillo
Richard Rosensweig                                          James Messenger
Peter D. Bilowz                                             Weil Gotschal & Manges LLP

2

Goulston & Storrs P.C.  
400 Atlantic Avenue  
Boston, MA 02110  
(617) 482-1776  

*Attorneys for Carl Redfield*

100 Federal Street  
Boston, MA 02110  
(617) 772-8329  

Paul A. Ferrillo  
Weil Gotschal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153  
(212) 310-8372  

*Attorneys for Scott M. Sperling, Katherine D. Courage*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, RALPH S. TROUPE, and THOMAS FABBRICATORE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  05-CV-10104 (NMG)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The Parties have filed an Agreed Motion to Continue Scheduling Conference. For the reasons stated in the Parties' motion, it is hereby

ORDERED that the Parties' Agreed Motion to Continue Scheduling Conference is GRANTED. The scheduling conference currently set for January 24, 2008 is continued until _____, 2008.

SO ORDERED THIS ____ DAY OF _____, 2008.

_____
U.S. District Court Judge

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all parties registered for electronic notification via the Court's electronic filing system on January 16, 2008.

/s/ Gregory P. Deschenes
Gregory P. Deschenes