UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, RALPH S. TROUPE, and THOMAS FABBRICATORE,<br><br>Defendants. | Civil Action No.<br>05-CV-10104 (NMG) |

## AGREED MOTION TO STAY PROCEEDINGS

Plaintiff XL Specialty Insurance Company and Defendants Robert J. Fabbricatore, Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Carl Redfield, Richard J. Santagati, Ralph C. Sillari, Ralph S. Troupe and Thomas Fabbricatore ("Defendants") (collectively, the "Parties") file this agreed motion for a further stay of proceedings.[1] Currently, a status conference with the Court is scheduled for April 3, 2008 at 3:00 p.m.

This is an insurance coverage action. Plaintiff XL Specialty Insurance Company ("XL") filed this action seeking a declaration that there is no coverage under certain policies it issued for the underlying action *CTC Litigation Trust v. Fabbricatore et al.*, No. 05-AP-01441 (RS) (Bankr. D. Mass.) (the "Underlying Action"). A scheduling conference initially was set in this action for December 14, 2007. The Parties subsequently filed agreed motions to continue the scheduling conference in light of their understanding that the Defendants were in the process of resolving the claims against them in the

---

[1] Counsel for defendants Scott M. Sperling and Katherine D. Courage has not taken any position on the filing of this motion.

1

10963420.1

Underlying Action, which resolution likely would render moot the declaratory judgments XL seeks in this case.  The Court granted the motions to continue the scheduling conference.

The Parties now understand that any settlement of the claims against the Defendants in the Underlying Action will need to be approved by the Bankruptcy Court for the District of Delaware, which is presiding over the bankruptcy of CTC Communications Group, Inc.  At present, it is anticipated that any settlement reached will be submitted to the bankruptcy court for approval in the next few weeks.  It is unclear when the bankruptcy court will issue an order approving or disapproving a settlement in the Underlying Action.  Accordingly, the Parties believe that it would be most efficient to stay the instant case pending the bankruptcy court's decision to approve a settlement of the claims against the Defendants in the Underlying Action.  Once the bankruptcy court has determined whether it will approve a settlement in the Underlying Action, within 30 days of the bankruptcy court's decision becoming final (*i.e.,* within 30 days of the last day to file any appeal from the bankruptcy court's order, or, in the event of appeals, after such appeals have been adjudicated and the bankruptcy court's order has been finally affirmed or reversed), the Parties will file appropriate motions in this case either to dismiss the action or reinstate a scheduling conference.

Dated:  March 31, 2008                                                            Respectfully submitted,

/s/  Paul M. Glickman                                             /s/  Gregory P. Deschenes
Paul M. Glickman                                                   Gregory P. Deschenes
Glickman Turley LLP                                              Nixon Peabody LLP
250 Summer Street                                                  100 Summer Street
Boston, MA 02110                                                   Boston, MA  02110
(617) 399-7770                                                          (617) 345-1000

*Attorneys for Robert J. Fabbricatore, Thomas Fabbricatore*

Of Counsel:
David H. Topol
Cara Tseng Duffield
Wiley Rein LLP
1776 K Street NW
Washington, D.C. 20006
(202) 719-7407 (phone)

*Attorneys for XL Specialty Insurance Co.*

2

10963420.1

/s/  Windy Rosebush Catino
Steven M. Cowley
Windy Rosebush Catino
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

*Attorneys for Henry Hermann, Kevin J. Maroni, Richard Murphy, Robert Nicholson, Richard J. Santagati, J. Ralph C. Sillari, Ralph S. Troupe*


/s/  Richard Rosensweig
Richard Rosensweig
Peter D. Bilowz
Goulston & Storrs P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

*Attorneys for Carl Redfield*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT J. FABBRICATORE, KATHERINE D. COURAGE, HENRY HERMANN, KEVIN J. MARONI, J. RICHARD MURPHY, ROBERT NICHOLSON, CARL REDFIELD, RICHARD J. SANTAGATI, RALPH C. SILLARI, SCOTT M. SPERLING, RALPH S. TROUPE, and THOMAS FABBRICATORE,<br><br>　　　　Defendants. | Civil Action No.<br>05-CV-10104 (NMG) |

## ORDER

The Parties have filed an Agreed Motion to Stay Proceedings. For the reasons stated in the Parties' motion, it is hereby

ORDERED that the Parties' Agreed Motion to Stay Proceedings is GRANTED. This action is stayed pending bankruptcy court approval or disapproval of the settlement in the Underlying Action. It is further

ORDERED that, no later than 30 days after the bankruptcy court's approval or disapproval of the settlement in the Underlying Action has become final, the Parties to this action shall either move to dismiss this action or to reinstate a scheduling conference.

　　　　SO ORDERED THIS ____ DAY OF _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 31, 2008 a true and correct copy of the foregoing document was served upon counsel of record for all parties via the Court's electronic filing system.

                    /s/ Gregory P. Deschenes
                     Gregory P. Deschenes