# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **05-CV-10104 (NMG)** |
| ROBERT J. FABBRICATORE, KATHERINE | ) | |
| D. COURAGE, HENRY HERMANN, | ) | |
| KEVIN J. MARONI, J. RICHARD MURPHY, | ) | |
| ROBERT NICHOLSON, CARL REDFIELD, | ) | |
| RICHARD J. SANTAGATI, RALPH C. | ) | |
| SILLARI, SCOTT M. SPERLING, RALPH S. | ) | |
| TROUPE, and THOMAS FABBRICATORE, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>STIPULATION OF DISMISSAL OF ACTION</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff XL Specialty

Insurance Company ("XL Specialty") and Defendants Robert J. Fabbricatore, Katherine D.

Courage, Henry Hermann, Kevin J. Maroni, J. Richard Murphy, Robert Nicholson, Carl

Redfield, Richard J. Santagati, Ralph C. Sillari, Scott M. Sperling, Ralph S. Troupe and Thomas

Fabbricatore ("Defendants") (collectively, the "Parties") file this stipulation of dismissal.  The

Parties stipulate as follows:

1.      This action is dismissed without prejudice.

2.      Each party shall bear its own costs.

3.      In the event any of the Defendants seeks coverage from XL Specialty under

Management Liability and Company Reimbursement Insurance Policy No. ELU 82780-01

issued to CTC Communications Group, Inc. for the period October 19, 2001 to October 19, 2002

or Management Liability and Company Reimbursement Insurance Policy No. ELU 82780-02

1

issued to CTC Communications Group, Inc. for the period from October 19, 2002 to October 19,

2003 for the lawsuit captioned *CTC Litigation Trust v. Fabbricatore et al.*, No. 05-AP-01441

(RS) (Bankr. D. Mass.), the Parties agree that any litigation concerning any coverage dispute

arising therefrom shall be filed and pursued in the United States District Court for the District of

Massachusetts.

      3.     To the extent XL Specialty institutes coverage litigation as described above in

paragraph (2), the Defendants agree to waive service pursuant to Federal Rule of Civil Procedure

4(d).

Date:  July 1, 2008                             Respectfully submitted,

/s/  Paul M. Glickman                        /s/  Gregory P. Deschenes
Paul M. Glickman                            Gregory P. Deschenes
Glickman Turley LLP                     Nixon Peabody LLP
250 Summer Street                       100 Summer Street
Boston, MA 02110                      Boston, MA  02110
(617) 399-7770                         (617) 345-1000

*Attorneys for Robert J. Fabbricatore,*     Of Counsel:
*Thomas Fabbricatore*                  David H. Topol
                                     Cara Tseng Duffield
                                     Wiley Rein LLP
/s/  Windy Rosebush Catino          1776 K Street NW
Steven M. Cowley                     Washington, D.C. 20006
Windy Rosebush Catino           (202) 719-7407 (phone)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue           *Attorneys for XL Specialty Insurance Co.*
Boston, MA 02199-7613
(617) 239-0100

*Attorneys for Henry Hermann, Kevin J.*
*Maroni, Richard Murphy, Robert*
*Nicholson, Richard J. Santagati, J. Ralph*
*C. Sillari, Ralph S. Troupe*

/s/  Richard Rosenweig
Richard Rosensweig
Peter D. Bilowz
Goulston & Storrs P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

*Attorneys for Carl Redfield*

/s/  Paul A. Ferrillo
James Messenger
Weil Gotschal & Manges LLP
100 Federal Street
Boston, MA 02110
(617) 772-8329


Paul A. Ferrillo
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8372

*Attorneys for Scott M. Sperling, Katherine D. Courage*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2008 a true and correct copy of the foregoing document was served upon counsel of record for all parties via the Court's electronic filing system.

/s/ Gregory P. Deschenes
Gregory P. Deschenes

11071132.1